LF 028
(Rev. 11/04/2019)

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 16 2022

KEVIN P. WEIMER, Clerk
By:_____ Deputy Clerk

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Danny Roy BENNETT #1002102332

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

4 22-CV-255

-vs-

SECURUS AT HAYS
STATE PRISON

_____

(Enter above the full name of the defendant(s).)

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the Court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and the
last four digits of a financial account number.

---

I.   **Previous Lawsuits**

A.   Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓)   No ( )

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using
the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s):   DANNY BENNETT

LF 028
Rev. 11/04/2019

Defendant(s): *DW J. JONES V/M et BARDRY*

2.  Court (name the district): *ROMA Ga*

3.  Docket Number: *2*

4.  Name of judge to whom case was assigned: *WALTER E JOHNSON*

5.  Did the previous case involve the same facts?

     Yes ( )    No ( ✓)

6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
     *PENDING*

7.  Approximate date of filing lawsuit: *9/30/22*

8.  Approximate date of disposition: *NOT SURE No*

## II.  Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Place of Present Confinement: *Hays State Prison*

B.  Is there a prisoner grievance procedure in this institution?

     Yes ( ✓)    No ( )

C.  Did you present the facts relating to your complaint under the institution's grievance procedure?

     Yes ( ✓)    No ( )

D.  If your answer is YES:

     1.  What steps did you take and what were the results?
         *ON 10/13/22 I Placed A GRIEVANCE in, AND was REJECED saying I could NOT GRIEVO court DEVICes*

2

LF 028
Rev. 11/04/2019

2.    If your answer is NO, explain why not: _N/V_

## III.  Parties
(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of Plaintiff:  _DONNY  RAY  BENNETT_
_#1002102332_

Address(es):  _HAYS  STATE  PRISON_
_TIRON  GA  777  UNDERWOOD  DR_
_P.O.  Box  668  30753_

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s):  _SECURUS_

Employed as  _TABLET  UNRESIVED_

at  _HAYS  STATE  PRISON_

## IV.  Basis for Jurisdiction
Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

(  ) Federal official (a *Bivens* claim)
( ✓ ) State or local officials (a § 1983 claim)

3

LF 028
Rev. 11/04/2019

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

MY RIGHT 14Th aDMRNuNJ I WaS NEVER PaiD FOR SOMETiNG PaiD FOR

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## V.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

(  ) Pretrial detainee
(  ) Immigration detainee
(✓) Convicted and sentenced state prisoner
(  ) Convicted and sentenced federal prisoner
(  ) Other *(explain)* _____

## VI.  Statement of Claim

State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 9/23/22 I Donny Ray BRNNETT G.D.C #1002102332 WENT ON MY SECURUS TUBLET, WND ORDERED A PAIR OF OVER The EAR Head Phones #42 A KEY BORD $19.99, WND A ADUPTOR $10.50 I Have NEVER RECEIVED THESE iTEMS

SEURVS VIOLATED MY 14Th aDMENMENT RIGHT I Have The EARPDANS FROMS

LF 028
Rev. 11/04/2019



**VII.  Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



**VIII.  Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.  If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.



5

LF 028
Rev. 11/04/2019

Signed this ____ 11 ____ day of ____ 4 _____, 20 22

_Danny Bennett_
Signature of Plaintiff

**STATE OF** _Tizon     Ga_
**COUNTY (CITY) OF** _Summrville_

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** _11/4/22_
                (Date)

_Danny Bennett_
Signature of Plaintiff